Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorney for*
*Leslie Theodore Haskins Sr.*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LESLIE THEODORE HASKINS SR.,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

Case No. 2:26-cv-1972-JDP

*Hon. Jeremy D. Peterson,*
*Courtroom 9, 13th floor*

**~~[PROPOSED]~~ ORDER**

| | |
|---|---|
| Compl.: | May 22, 2026 |
| Trial: | None Set |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Stay Pending Settlement Negotiations. Having considered the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. All proceedings in this matter are hereby **STAYED** until September 30, 2026. Additionally, Defendant's deadline to answer or otherwise respond to the Complaint is hereby extended until forty-five (45) days after the expiration of the stay. By no later than September 30, 2026, Plaintiff shall file a status report updating the Court on the status of the parties' negotiations and requesting that the stay either be extended or lifted.

IT IS SO ORDERED.

Dated: July 31, 2026

JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE